| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | Kathy H. Gao, SBN 259019<br>kathy.gao@morganlewis.com |
| 3 | 300 South Grand Avenue<br>Twenty-Second Floor |
| 4 | Los Angeles, CA 90071-3132<br>Tel:  +1.213.612.2500 |
| 5 | Fax: +1.213.612.2501 |
| 6 | Attorneys for Defendant<br>WELLS FARGO BANK, NATIONAL |
| 7 | ASSOCIATION |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MICHAEL RHAMBO, | Case No. 2:20-cv-07721-SB-RAO |
|---|---|
| Plaintiff, | **DEFENDANT WELLS FARGO BANK, NATIONAL ASSOCIATION'S NOTICE OF SETTLEMENT** |
| vs. | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION; RYAN, LLC; and DOES 1 to 10, | |
| Defendants. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 40136397.1

1 **TO THE COURT, AND ALL PARTIES AND THEIR COUNSEL OF**
2 **RECORD:**
3     **PLEASE TAKE NOTICE THAT**, pursuant to agreement of Michael
4 Rhambo and Defendant Wells Fargo Bank, National Association (collectively, the
5 "Parties"), the above-captioned matter has been resolved.  The Parties anticipate
6 filing a Stipulation of Dismissal within 60 days.

7 Dated:  January 7, 2021        MORGAN, LEWIS & BOCKIUS LLP

By   */s/ Kathy H. Gao*
    KATHY H. GAO
    Attorney for Defendant
    WELLS FARGO BANK, NATIONAL ASSOCIATION