UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MICHAEL RHAMBO, | Case No.: 2:20-cv-07721-SB-RAO |
|---|---|
| Plaintiff, | |
| vs. | ORDER TO SHOW CAUSE RE: DISMISSAL |
| WELLS FARGO BANK, NATIONAL ASSOCIATION ET AL, | |
| Defendant | |

The parties filed a notice of settlement on January 7, 2021.

IT IS HEREBY ORDERED that the parties are to show cause why the action should not be dismissed with prejudice on March 8, 2021 at 8:30 a.m. If the parties file a proposed order to dismiss the entire action with prejudice by March 1, 2021, the OSC shall be taken off calendar without further notice. Otherwise, the parties shall appear at the OSC hearing, and the Court shall set a trial date.

IT IS FURTHER ORDERED that all other hearings and deadlines are vacated.

DATED: January 8, 2021

_____
Stanley Blumenfeld, Jr.
United States District Judge