SO. CAL EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Avenue, Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorney for Plaintiff,
MICHAEL RHAMBO

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL RHAMBO,<br><br>Plaintiff,<br>vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION; RYAN, LLC; and DOES 1 to 10,<br><br>Defendants. | **Case No.: 2:20-cv-07721-SB-RAO**<br>**Assigned to Hon. Stanley Blumenfeld**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE WITH PREJUDICE** |

**PLEASE TAKE NOTICE** that Plaintiff MICHAEL RHAMBO ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *with prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

(1) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendants have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Additionally, Plaintiff requests the Court to retain jurisdiction for Plaintiff to dismiss the entire action with prejudice for thirty (30) days up until May 02, 2021.

DATED: April 02, 2021

**SO. CAL EQUAL ACCESS GROUP**

*/s/ Jason J. Kim*
JASON J. KIM
Attorney for Plaintiff