FILED
CLERK, U.S. DISTRICT COURT

April 7, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: VPC DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RHAMBO,<br><br>        Plaintiff,<br>  vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION; RYAN, LLC; and DOES 1 to 10,<br><br>        Defendants. | **Case No.: 2:20-cv-07721-SB-RAO**<br>Assigned to Hon. Stanley Blumenfeld<br><br>**ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION** |

ORDER

Based on the request from Plaintiff and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed with prejudice with the Court to retain jurisdiction up until May 02, 2021.

SO ORDERED.

DATED: April 6, 2021

_____

United States District Court Judge

1
ORDER